UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., MARIO HUMBERTO FIGUEROA and ELMER ARNULFO FIGUEROA, | ) ) ) ) | CA No. 3:12-CV-1144-JFA |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| COVAN WORLD-WIDE MOVING, INC and COLEMAN AMERICAN MOVING SERVICES, INC. | ) ) ) ) | |
| Defendants. | ) | |

On November 13, 2013, the United States filed a notice intervening in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b).  Upon due consideration of the notice and the papers on file in this action,

**IT IS HEREBY ORDERED** that,

1.  This case, including the Complaint, Notice of Intervention, and this Order, along with all future pleadings, is hereby unsealed, except that all of the Government's motions for extensions of the seal and the transcripts of all hearings held prior to today's date shall remain under seal.

2.  The United States shall have 28 days to file its Complaint with the Court and up to 120 days from the date the Government's complaint is filed to serve it on the Defendants.

IT IS SO ORDERED.

November 13, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge