## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| The United States of America,<br>*ex rel.* Mario Humberto Figueroa and Elmer<br>Arnulfo Figueroa,<br><br>       Plaintiffs,<br><br>vs.<br><br>Covan World-Wide Moving, Inc.; and<br>Coleman American Moving Services, Inc.,<br><br>       Defendants. | C/A No.  3:12-cv-01144-JFA<br><br><br><br>**ORDER** |

For good cause shown, this court hereby (1) grants the plaintiffs' motion for inspection of the defendants' facilities, ECF No. 57, with the inspection to occur in July and August 2014; (2) grants, as modified, the plaintiffs' motion to compel disclosure, ECF No. 65, directing the defendants to produce their consolidated tax returns for the past five years, within 21 days of the date of this order; and (3) grants, as modified, the defendants' motion to compel production of documents and disclosure of computation of damages, ECF No. 71, directing the plaintiffs to disclose to the defendants their computation of damages, and the documents supporting it, within 45 days of the completion of the facilities inspection, and to produce, within 30 days of the date of this order, communications defined as "every manner or means of disclosure, transfer, or exchange of knowledge from one person to another including, but not limited to, statements, discussions, conversations, meetings, remarks, questions and answers, telephone calls, letters, memoranda, facsimiles, e-mails, text messages and any other type of electronic transmission."

IT IS SO ORDERED.

June 6, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge