UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, ex Rel., Mario Humberto Figueroa and Elmer Arnulfo Figueroa, | ) ) ) ) | CA No. 3:12-CV-1144-JFA |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | STAYING DEPOSITION |
| Covan World-wide Moving, Inc and Coleman American Moving Services, Inc. | ) ) ) ) | |
| Defendants. | ) ) | |

    The plaintiff has moved for a protective order (ECF No.145) with regard to a proposed Fed. R. Civ. P. Rule 30(b)(6) deposition directed to the United States of America, with the deposition scheduled for October 6, 2014. A memorandum of authorities has been filed in support of the motion.

    So that the court may have full briefing prior to ruling upon the issue, the court hereby orders that the October 6, 2014, deposition is postponed until such time as this court can receive a brief from the defendant and decide the motion for a protective order.

    The court intends to rule upon the issue as expeditiously as possible after full briefing on this matter.

    IT IS SO ORDERED.

September 30, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge