UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, ex Rel., Mario Humberto Figueroa and Elmer Arnulfo Figueroa, | ) ) ) ) | CA No. 3:12-CV-1144-JFA |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| Covan World-Wide Moving, Inc. and Coleman American Moving Services, Inc. | ) ) ) | |
| Defendants. | ) ) | |

      This matter comes before the Court on Defendants' Motion for Clarification (ECF No. 188). In that motion, Defendants request clarification of the deadline for the parties' expert disclosures or supplemental opinion disclosures in light of this Court's orders of November 5, 2014, and November 7, 2014. The parties are hereby instructed, as stated previously by the Court, that all deadlines contained in the Second Amended Scheduling Order will not be modified. The November 25, 2014, deadline contained in the November 5, 2014, Order for the production of Defendants' database information remains the same. Further, the deadline contained in the November 7, 2014, Order for expert disclosures remains the same, with one modification: Defendants will be granted until December 24, 2014, to produce any and all supplemental opinions of their experts.

      Upon completion of discovery, the Court will allow only the Defendants to file a motion for summary judgment. Plaintiffs will then be allowed to file a response to the motion, and the Defendants will be allowed to file a brief in reply. The Court will permit the Plaintiffs to file a surreply. This briefing schedule will expedite the summary judgment process and allow both parties

to file two briefs each for the Court's consideration.

IT IS SO ORDERED.

November 10, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

2