IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ex Rel., Mario Humberto Figueroa, and Elmer Arnulfo Figueroa,<br><br>Plaintiffs,<br><br>vs.<br><br>Covan World-Wide Moving, Inc. and Coleman American Moving Services, Inc.,<br><br>Defendants. | C/A No. 3:12-cv-01144-JFA<br><br><br><br>**ORDER** |

The court, having been advised by counsel that the parties need additional time to consummate the settlement in this case, hereby orders that the previous Rubin Order issued on May 29, 2015, be extended for an additional ten (10) days. If settlement is not consummated by July 2, 2015, either party may petition the court to reopen the action and restore it to the calendar.[1] *See* Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, by July 2, 2015, petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax Cnty.*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative by July 2, 2015.

IT IS SO ORDERED.

June 17, 2015                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge

---

[1] The Government has indicated that it intends to request the Court restore this case to the trial docket if the parties are unable to consummate the settlement by July 2, 2015. (ECF No. 261).