IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ex Rel., Mario Humberto Figueroa, and Elmer Arnulfo Figueroa,<br><br>    Plaintiffs,<br><br>vs.<br><br>Covan World-Wide Moving, Inc. and Coleman American Moving Services, Inc.,<br><br>    Defendants. | C/A No. 3:12-cv-01144-JFA<br><br><br>**ORDER** |

For the reasons stated in the Government's Consent Motion to Unseal (ECF No. 267), the Second Joint Motion to Extend the Rubin Order is unsealed.

IT IS SO ORDERED.

August 10, 2015　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　United States District Judge